# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2614

_____

David L. Childress,　　　　　　　　＊
　　　　　　　　　　　　　　　　　　　＊
　　　　　　Appellant,　　　　　　　＊
　　　　　　　　　　　　　　　　　　　＊　Appeal from the United States
　　　v.　　　　　　　　　　　　　　　＊　District Court for the
　　　　　　　　　　　　　　　　　　　＊　Western District of Iowa.
Georgia-Pacific Corporation,　　　＊
　　　　　　　　　　　　　　　　　　　＊　[UNPUBLISHED]
　　　　　　Appellee.　　　　　　　　＊

_____

Submitted:  November 1, 1999
Filed:  November 5, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

　　　David L. Childress appeals the adverse judgment of the district court[1] following a bench trial in his employment discrimination action against Georgia-Pacific Corporation (GP).  First, Childress challenges the district court's denial of his motion for summary judgment, an interlocutory ruling that cannot be appealed after a full trial on the merits.  See Bakker v. McKinnon, 152 F.3d 1007, 1010 (8th Cir. 1998). Second, Childress challenges the sufficiency of the evidence, and, having carefully

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

reviewed the record and the district court's findings on the "ultimate factual issue" of whether GP discriminated against Childress on the basis of his race, we find no clear error.  See Tuttle v. Henry J. Kaiser Co., 921 F.2d 183, 186-87 (8th Cir. 1990). Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.